UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERALES, | No. 2:17-cv-0662 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZZARAGA, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the May 17, 2017 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 7) is granted; and

2. Petitioner shall file his objections within thirty days from the date of this order.

Dated: June 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mp
pera0662.111